McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| VANESSA D. SAVAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 07-cv-02747-EFB <br><br> **STIPULATED REMAND ORDER** |

    IT IS STIPULATED by and between the parties, through their undersigned counsel of record, that the above-captioned proceeding shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). This stipulation is entered into because the claim file cannot be located at this time. If it cannot be located within a

1 reasonable amount of time, the Appeals Council will remand the case for a de novo hearing before an
2 ALJ.

Respectfully submitted,

Dated: August 7, 2008                 /s/ Bess M. Brewer
                                      BESS M. BREWER, ESQ.
                                      Attorney for Plaintiff
                                      By /s Armand Roth
                                      (With telephone authorization on 08/07/08)


                                      McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                       BY /s/ ARMAND D. ROTH
                                      ARMAND D. ROTH)
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 12, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE