LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| VANESSA D. SAVAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br>_____ ) | CIVIL NO. 07-cv-02747-EFB <br><br> **STIPULATION TO REOPEN;** <br> **ORDER TO REMAND** |

    The parties, by and through their respective counsel, hereby stipulate to reopen the above-captioned matter. A previous Order for Remand, pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), was entered on or about August 13, 2008, for the purpose of locating the administrative claim file and preparing the administrative record for filing with the Defendant's answer. That task has been completed.

The parties stipulate to reopen this matter for resolution before this Court and respectfully request that it set the date for defendant to file the administrative record and an answer 60 days from the date of filing of the Court's order.

Respectfully submitted,

Dated: March 16, 2009

/s/ Bess M. Brewer
BESS M. BREWER, ESQ.
Attorney for Plaintiff
By /s Armand Roth
(With e-mail authorization of 3/16/09)

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

BY /s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 16, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE