1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VANESSA D. SAVAGE** ) | Case No. CIV S-07-2747 EFB |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 3, 2009 until September 30, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through September of 2009.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: July 6, 2009 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: July 6, 2009

Lawrence G. Brown
Acting United States Attorney

/s/ *Armand Roth*
ARMAND ROTH

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

Given the length of the extension granted herein, no further extensions will be granted absent a showing of substantial cause.

APPROVED AND SO ORDERED.

DATED: July 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2